UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BERNARD DUCKETT,<br><br>                              Plaintiff,<br><br>                -against-<br><br>P.O. BRIAN DOBBINS and P.O. JOHN BICOCCHI,<br><br>                              Defendants. | 22-CV-10372<br><br>ORDER OF SERVICE |

VERNON S. BRODERICK, United States District Judge:

      Plaintiff, currently incarcerated in George R. Vierno Center, is proceeding *pro se* and *in forma pauperis*. On March 23, 2023 I entered an Order directing the New York City Law Department to ascertain the identity and badge number of each John Doe Defendant and provide that information to the Plaintiff. (Doc. 8.) On June 20, the New York Law Department complied with the Order and provided Plaintiff with the identity of the John Doe police officers who arrested plaintiff on December 30, 2021. (Doc. 12.) On July 21, 2023, Plaintiff filed a Second Amended Complaint naming Brian Dobbins and John Bicocci as Defendants. (Doc. 13.) Accordingly, the Clerk of Court is directed to (1) issue summonses for Defendants Brian Dobbins and John Bicocchi; (2) fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants Brian Dobbins and John Bicocchi at the following address: New York City Police Department Headquarters, 1 Police Plaza, Room 110-A, New York, NY 10038: and (3) deliver a service package to the U.S. Marshals Service so that service can be effected upon Defendants Brian Dobbins and John Bicocchi.

      Plaintiff must effectuate service within 120 days of the date the summons is issued. It is Plaintiff's responsibility to inquire of the U.S. Marshals Service as to whether service has been

made and if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). If within 120 days of issuance of the summons, Plaintiff has not made service or requested an extension of time in which to do so, under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss this action for failure to prosecute. Finally, it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

SO ORDERED.

Dated:  August 22, 2023
         New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge