UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                          :

ANTHONY BERNARD DUCKETT,         :
                                          :

                      Plaintiff,     :
                                          :              22-CV-10372 (VSB)

          -against-        :
                                          :                **ORDER**

                                          :

P.O. BRIAN DOBBINS and P.O. JOHN   :
BICOCCHI,                       :

                                          :
                      Defendants.  X
---------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' proposed case management plan and joint letter filed on

November 21, 2023.  (Docs. 21 and 22.)  The proposed case management plan as filed does not

answer questions 9, 10, or 14.  The parties are instructed to complete the entire proposed case

management plan form, excluding the portions that explicitly say they are "to be completed by

the Court."  The parties shall submit an amended proposed case management plan on or before

December 4, 2023.

SO ORDERED.

Dated:  November 27, 2023
        New York, New York

                                   _____
                                   Vernon S. Broderick
                                   United States District Judge