

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 12/5/2023

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

JOSEPH A. RUSSO
*Assistant Corporation Counsel*
phone: (212) 356-2376
fax: (212) 356-3509
russojo@law.nyc.gov

December 4, 2023

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: Anthony Bernard Duckett v. Brian Dobbins, et al.,
          22-CV-10372 (VSB) (VF)

Your Honor:

    I am the Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants Brian Dobbins and John Bicocchi in the above-referenced matter. Defendants write to update the Court in accordance with Your Honor's November 28, 2023 order and to request an enlargement of time until December 18, 2023 to file the proposed case management plan. *See* Civil Docket Order Dated November 28, 2023.

    On November 21, 2023, the parties conferred, via video conference[1], in accordance with Your Honor's November 6, 2023 order. *See* Civil Docket Order Dated November 6, 2023. Thereafter, a joint status letter and a proposed case management plan were submitted by the parties on the same day. *See* Civil Docket Entry No. 21. Subsequently, Your Honor ordered the parties were to complete questions 9, 10, and 14 on the proposed case management plan by December 4, 2023. *See* Civil Docket Order Dated November 28, 2023.

    In an effort to comply with Your Honor's November 28, 2023 order, the undersigned scheduled a video conference with plaintiff for December 1, 2023. The call did not go forward,

---

[1] Plaintiff was incarcerated on Rikers Island which necessitated the use of video conference.

however, as we were informed, for the first time, that plaintiff was transferred earlier that morning to an upstate prison facility. We have since learned that plaintiff was transferred to Ulster Correction Facility and efforts have been made to schedule a call with plaintiff at his new facility.[2]

      As a conferral between the parties has not yet taken place to update the case management plan jointly, it is respectfully requested that Your Honor grant the parties a two week enlargement of time from December 4, 2023 until December 18, 2023 to file the case management plan in accordance with the November 28, 2023 order. Thank you for your consideration herein.

                                      Respectfully submitted,

                                      Joseph A. Russo
                                      Assistant Corporation Counsel
                                      Special Federal Litigation Division

cc: **Plaintiff, pro se (via regular mail)**

---

[2] This office was informed by an employee of Ulster Correction Facility that they require a request in writing in order to arrange a call with Plaintiff.