UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY BERNARD DUCKETT,

                            Plaintiff,

          -against-

P.O. BRIAN DOBBINS and P.O. JOHN BICOCCHI,

                            Defendants.
------------------------------------------------------------------X

22-CV-10372 (VSB)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On April 16, 2023, the Court entered a memo endorsement allowing Kirkland & Ellis LLP ("Kirkland"), limited pro bono discovery counsel for Plaintiff in the matter of Duckett v. Daniel Demarco (Case No. 23-cv-228), to attend the settlement conference in this matter currently scheduled for May 2, 2024. See ECF No. 36. The Court is aware of a letter filed by Kirkland on the docket in Case No. 23-cv-228 requesting clarification as to whether the Court will allow Kirkland to attend the settlement conference in this matter without limiting its appearance to observation only. See ECF No. 51 in Case No. 23-cv-228. The Court will allow anyone who can facilitate and contribute to the settlement discussions to attend and participate in the upcoming conference.

       **SO ORDERED.**

DATED:    New York, New York
                April 25, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge