UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                         :

ANTHONY BERNARD DUCKETT,              :

                                    Plaintiff,      :
                                                         :             22-CV-10372 (VSB)
                    -against-                :
                                                          :                **ORDER**
P.O. BRIAN DOBBINS and P.O. JOHN   :
BICOCCHI,                                            :
                                                          :
                                  Defendants.  :
                                                           :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:    May 6, 2024
              New York, New York

                                                             _____
                                                              VERNON S. BRODERICK
                                                              United States District Judge